UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

NO. 4:19-CR-02-D



UNITED STATES OF AMERICA )
)
v. ) INDICTMENT
)
JAVIER CABRERA-QUIROZ )

The Grand Jury charges:

## COUNT ONE

On or about November 14, 2018, in the Eastern District of North Carolina, the defendant, JAVIER CABRERA-QUIROZ, an alien, was found in the United States after having previously been excluded, deported, and removed from the United States on March 21, 2002, at Laredo, Texas and not having obtained the express consent of the Attorney General, or his successor, to reapply for admission thereto.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

1

## ALLEGATION OF PRIOR CONVICTION

For purposes of Title 8, United States Code, Section 1326(b)(2), the defendant, JAVIER CABRERA-QUIROZ, was excluded, deported, and removed from the United States on March 21, 2002, at Laredo, Texas, after having been convicted of attempted possession of cocaine with intent to distribute, an aggravated felony, on or about February 14, 2002, in Fourth Judicial District Court, Parish of Ouachita, Louisiana.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

1/24/19
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney

2